1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CASBN 121782)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7200
7        FAX: (415) 436-7234
         denise.barton@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   CASE NO. CR 14-0648 VC
14                                    )
         Plaintiff,                   )
15                                    )   STIPULATION AND
      v.                              )   [PROPOSED] ORDER
16                                    )
   DANIEL ROSENTHAL,                  )
17                                    )
         Defendant.                   )
18                                    )
                                      )
19

STIPULATION AND [PROPOSED] ORDER
CR No. 14-0648 VC

1

1  At the request of the Court, the January 26, 2015 appearance in the above-captioned matter was
2  continued to February 3, 2015.  The parties agree that the time from January 26, 2015 through February
3  3, 2015 is properly excluded to permit counsel to discuss a proposed protective order and thereafter for
4  defense counsel to review discovery to be provided, pursuant to a protective order.  For all these reasons,
5  the parties agree and request that the Court enter an Order that time is properly excluded from January
6  26, 2015 through February 3, 2015 under the Speedy Trial Clock based on effective preparation of
7  counsel.  *See* 18 U.S.C.§ ' 3161(h)(7)(A), (B)(iv).

Dated: January 23, 2015				Respectfully submitted,

							MELINDA HAAG
							United States Attorney
							_____/s/_____

							DENISE MARIE BARTON
							Assistant United States Attorney
							_____/s/_____

							ELIZABETH FALK
							Attorney for Daniel Rosenthal

## [PROPOSED] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from January 26, 2015 through February 3, 2015 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from January 26, 2015 through February 3, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from January 26, 2015 through February 3, 2015 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

Dated: January 26, 2015				_____

							THE HON.VINCE CHHABRIA
							United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR No. 14-0648 VC