1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CASBN 121782)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        denise.barton@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,           )   CASE NO. CR 14-0648 VC
14                                     )
        Plaintiff,                     )
15                                     )   STIPULATION AND
        v.                             )   [PROPOSED] ORDER
16                                     )
   DANIEL ROSENTHAL,                   )
17                                     )
        Defendant.                     )
18                                     )
                                       )
19

STIPULATION AND [PROPOSED] ORDER
CR No. 14-0648 VC

1

The parties appeared before this Court on February 3, 2015 and scheduled a further appearance for March 9, 2015 at 2:00 p.m.  The parties agree that the time from February 3, 2015 through March 9, 2015 is properly excluded to permit counsel to finalize a proposed protective order and thereafter for defense counsel to review discovery to be provided, pursuant to a protective order.  For all these reasons, the parties agree and request that the Court enter an Order that time is properly excluded from February 3, 2015 through March 9, 2015 under the Speedy Trial Clock based on effective preparation of counsel. *See* 18 U.S.C.§ ' 3161(h)(7)(A), (B)(iv).

Dated: February __, 2015						Respectfully submitted,

								MELINDA HAAG
								United States Attorney
								_____/s/_____

								DENISE MARIE BARTON
								Assistant United States Attorney
								_____/s/_____

								ELIZABETH FALK
								Attorney for Daniel Rosenthal

### [~~PROPOSED~~] ORDER

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from February 3, 2015 through March 9, 2015 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from J February 3, 2015 through March 9, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time from February 3, 2015 through March 9, 2015 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §  3161(h)(7)(A), (B)(iv).

Dated: February 11, 2015					_____

								THE HON.VINCE CHHABRIA
								United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
CR No. 14-0648 VC