STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant ROSENTHAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR-14-648 VC |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE CHANGE OF** |
| DANIEL ROSENTHAL,  ) | **PLEA HEARING AND FOR** |
| ) | **EXCLUDING TIME UNDER 18 U.S.C. §** |
| Defendant.  ) | **3161** |
| ) | |

The parties in this case agree and jointly request the Court to move the change of plea hearing in the above captioned case from May 19, 2015 to June 2, 2015 at 1:00 p.m. The reason for this request is that defense counsel needs time to review additional discovery materials with her client prior to entering a plea agreement that commits to a loss amount in this matter.

The parties concur that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time for the purposes of effective preparation of counsel outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Accordingly, due to the reasons stated above, the parties jointly move to continue the change of plea hearing to June 2, 2015 at 1:00 p.m.

\\

SO STIPULATED:

                                      MELINDA HAAG  
                                      United States Attorney

DATED:   May 15, 2015          /s/_____  
                                      KIM BERGER  
                                      Assistant United States Attorney

DATED:   May 15, 2015          /s/_____  
                                      ELIZABETH FALK  
                                      Attorney for Defendant Daniel Rosenthal

## [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the change of plea hearing in the aforementioned case from May 19, 2015 to June 2, 2015 at 1:00 p.m.  The Court further finds that the exclusion from the time limits of this period applicable under 18 U.S.C. § 3161 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Denying the requested exclusion of time would deprive the defendant effective preparation of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: May 18, 2015          _____  
                                      THE HONORABLE VINCE CHHABRIA  
                                      United States District Judge