STEVE G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Attorney for Defendant DANIEL ROSENTHAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-648 VC |
| Plaintiff, | |
| vs. | ORDER AUTHORIZING PAYMENT OF COSTS FOR DEFENDANT'S TRAVEL TO ATTEND COURT |
| DANIEL ROSENTHAL, | 18 U.S.C. § 4285 |
| Defendant. | The Honorable Maria Elena James |

On motion by declaration of counsel for defendant DANIEL ROSENTHAL, and good cause appearing,

IT IS HEREBY ORDERED that the costs associated with defendant DANIEL ROSENTHAL's non-custodial travel to the Northern District of California for the purposes of attending court proceedings be paid by the U.S. Marshal. The court has appointed counsel pursuant to the Criminal Justice Act and is satisfied that he is financially unable to pay for the costs of such travel.

Order Authorizing Travel Costs
14-648 VC

1   IT IS FURTHER ORDERED that the U.S. Marshal furnish the defendant with the airfare
and ticketing necessary to travel from the John Wayne International Airport in Orange County,
California to San Francisco International Airport on the morning of June 2, 2015, in time to
make a 1:00 p.m. court appearance that same day before the Honorable Vince Chhabria in
criminal case no. 14-648 VC in San Francisco, returning to Orange County, California the same
day, with enough time for the defendant to travel to the courthouse from the airport before the
appearance.

   SO ORDERED.


Dated: __May 28, 2015_____        _____
                                              THE HONORABLE MARIA ELENA JAMES
                                              United States Magistrate Judge

Order Authorizing Travel Costs
14-648 VC                                    - 2 -